UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-9-BO

| | |
|---|---|
| SHIRLEY MCIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on plaintiff's motions for reconsideration [DE 103] and to proceed with new documents to enforce judgment [DE 105]. Plaintiff's motions [DE 103, 105] are DENIED.

## DISCUSSION

On November 21, 2018, the Court granted defendant Dr. Gordon's motion to dismiss because plaintiff's claim against him was barred by the statute of limitations. The Court also dismissed plaintiff's claims against a second defendant, Dr. Arle, because plaintiff failed to make proper service. Plaintiff moves the Court to reconsider its November 2018 decision.

Plaintiff's motion is time-barred under Federal Rule of Civil Procedure 59(e), which requires that a motion to alter or amend a judgment be filed within 28 days after entry. Plaintiff has also failed to make any showing for relief under Rule 60, which provides six grounds for relief from a final judgment, order, or proceeding. Plaintiff's motion to reconsider [DE 103] is DENIED.

Plaintiff also filed a motion "to proceed with motion with new documents to enforce a judgment." It is unclear what the Court is being asked to do through this filing. The motion [DE 105] is DENIED.

## CONCLUSION

For the reasons discussed above, plaintiff's motions [DE 103, 105] are DENIED.

SO ORDERED, this ___ day of November, 2019.

_Terrence Boyle_
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE